INSURANCE CORPORATION OF
HANNOVER, Appellant,

v.

Judy POLK and Marcia
Moore, Appellees.

No. 11–06–00336–CV.

Court of Appeals of Texas,
Eastland.

Jan. 15, 2009.

H. Allen Pennington, Jr., P. Markus Kypreos, Pennington Hill, LLP, Fort Worth, for Appellant.

Coby D. Smith, Brackett & Ellis, P.C., Fort Worth, Isaac M. Castro, Law Office of Isaac M. Castro, Hamlin, for Appellees.

Panel consists of: WRIGHT, C.J., McCALL, J., and STRANGE, J.

## OPINION

WRIGHT, Chief Justice.

Pursuant to the agreement of the parties, our opinion and judgment dated July 17, 2008, are hereby withdrawn and vacated, and this cause is remanded to the trial court.